**No. 47214.**—Protests 932507–G, etc., of American Fruit Growers, Inc., et al. (New York).

Opinion by CLINE, J. ˙ Following the authorities cited in Abstract 15400 the court dismissed the protests.